UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ07-508 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| YUSEF ANTONE BROWN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:    Distribution of Cocaine Base ( 3 counts); Possession of Cocaine Base with

Intent to Distribute; Felon in Possession of a Firearm

Date of Detention Hearing:    November 1 , 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

that no condition or combination of conditions which defendant can meet will reasonably assure

the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant is a lifelong resident of the Seattle area.  His employment is as a

DETENTION ORDER                                                                                    15.13
18 U.S.C. § 3142(i)                                                                              Rev. 1/91
PAGE 1

01 temporary worker in an industrial warehouse.  Defendant has a criminal record that includes

02 several weapons and VUCSA charges.

03     2.    The AUSA proffers that the defendant was involved in an incident involving the

04 discharge of a firearm two weeks after the charges alleged in Count 1 of the Complaint.  Several

05 months later, the defendant was allegedly involved in a drug transaction and attempted to elude

06 arrest.  A loaded firearm was found under one of the seats of his vehicle.

07     3.    Defendant poses a risk of nonappearance due to a history of failing to comply with

08 court orders, and his status awaiting sentencing on county firearms charges.  He poses a risk of

09 danger due to the nature of the instant offense and his criminal history, which includes several

10 firearms and drug related convictions, including a recent firearms offense.

11     4.    There does not appear to be any condition or combination of conditions that will

12 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

13 to other persons or the community.

14 It is therefore ORDERED:

15     (1)    Defendant shall be detained pending trial and committed to the custody of the

16         Attorney General for confinement in a correction facility separate, to the extent

17         practicable, from persons awaiting or serving sentences or being held in custody

18         pending appeal;

19     (2)    Defendant shall be afforded reasonable opportunity for private consultation with

20         counsel;

21     (3)    On order of a court of the United States or on request of an attorney for the

22         Government, the person in charge of the corrections facility in which defendant is

DETENTION ORDER                                15.13
18 U.S.C. § 3142(i)                            Rev. 1/91
PAGE 2

01         confined shall deliver the defendant to a United States Marshal for the purpose of

02         an appearance in connection with a court proceeding; and

03   (4)    The clerk shall direct copies of this Order to counsel for the United States, to

04         counsel for the defendant, to the United States Marshal, and to the United States

05         Pretrial Services Officer.

06   DATED this <u>2nd</u> day of November, 2007.

07

08                           Mary Alice Theiler

09                           United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                           15.13
18 U.S.C. § 3142(i)                         Rev. 1/91
PAGE 3